STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

January 3, 2019

The Honorable Katherine Polk Failla
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square - Courtroom 618
New York, New York 10007

Re: Burgess vs. Sixth Street Associates, et al
Case No.: 1:18-cv-7405 KPF

Dear Judge Failla,

To remind the Court, I represent Plaintiff Burgess in this case. To recite very briefly the history of this matter, I wrote to Ms. Wexler, Esq. on November 16th seeking your intervention. The reason was simple, as the stonewalling that had transpired and continues to date is just not right.

This case was filed some five months ago and to the present, no Discovery plan is in existence. Defendants have taken advantage of the situation and in fact, this Court, back on November 1, 2018, denied yet another one of their adjournments to simply file an answer [DE] 28.

It's been an unnecessary and needless road to even initiate discovery and moreover, as I am the attorney on this case and must appear on all matters before the Court, my schedule is prepared weeks, if not months in advance. For all of a sudden and out of the blue, this last-minute stonewalling is intolerable.

I thank your Honor for your time.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all via Pacer